AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED

APR - 9 2012

CLERK, US DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 182 |
| **Justin Steven Scroggins** | ) | UNDER SEAL |
| a/k/a "Woot" and "Dirk McDiggler" | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about <u>April 5, 2012 and April 7, 2012</u>, in the city/county of <u>Portsmouth</u> and in the <u>EASTERN</u> District of <u>VIRGINIA</u>, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC §§ 963, 960, 813, and 952 | Conspiracy to Import an Analogue Controlled Substance |

This criminal complaint is based on these facts:

X Continued on the attached sheet. Please see attached Affidavit.

READ AND REVIEWED:

Amy E. Cross
Special Assistant United States Attorney

*Complainant's signature*

Brian R. Lewis, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/9/2012

City and state: Norfolk, VA

*Judge's signature*

Douglas E. Miller
United States Magistrate Judge

*Printed name and title*